

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00120-CR

JOSEPH LEE ESCOBAR, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 349th District Court
Houston County, Texas
Trial Court No. 16CR-192

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

Appellant Joseph Lee Escobar was convicted of possession of a controlled substance and was placed on four years' community supervision. Escobar appealed from that conviction and the resulting sentence. On August 29, 2018, Escobar's court-appointed appellate counsel, Dean Watts, filed an *Anders*[1] brief, and on September 17, 2018, Escobar filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Under *Kelly v. State*,[2] we are now required to enter an order specifying the procedure to be followed to ensure Escobar's access to the record.

To ensure that Escobar receives a complete copy of the appellate record in a timely manner, we hereby order our clerk's office to provide a complete copy of the appellate record to Escobar. Allowing ten days for that record to be delivered to Escobar and giving Escobar thirty days to prepare his pro se response, we hereby set October 29, 2018, as the deadline for Escobar to file his pro se response to counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

Date: September 18, 2018

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

[2] *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).